IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ALONZO D. CHATMAN,

    Plaintiff,

v.                                    Civil Action No. 3:18CV390

MICHAEL W. FERGUSON, et al.,

    Defendants.

**MEMORANDUM OPINION**

Alonzo D. Chatman, a Virginia inmate proceeding pro se and in forma pauperis, filed this 42 U.S.C. § 1983 action. By Memorandum Order entered on June 14, 2018, the Court conditionally docketed this action. At that time, the Court warned Chatman that he must keep the Court apprised of his current address in the case that he was relocated or released. By Memorandum Order entered on December 6, 2018, the Court directed Chatman to file a particularized complaint within fourteen (14) days of the date of entry thereof.

On January 2, 2019, the United States Postal Service returned the December 6, 2018 Memorandum Order marked, "RETURN TO SENDER" and "INMATE NO LONGER AT MEHERRIN RIVER REGIONAL JAIL." Since that date, Chatman has not contacted the Court to provide a current address. Chatman's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Chatman.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Date: January 15, 2019
Richmond, Virginia